IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL PONTING and JUDY WONG,

    Plaintiffs,

  v.

LOWE'S HIW, INC.,

    Defendant.

      /

No. C 12-06442 WHA

**ORDER VACATING FINAL PRETRIAL CONFERENCE AND TRIAL DATES**

    For the reasons stated at today's hearing, the March 5 final pretrial conference and March 17 jury trial dates are **HEREBY VACATED**.

    Defendant Lowe's shall have until **APRIL 18, 2014**, to conduct discovery directly related to plaintiffs' slip and fall on August 13, 2011. If discovery is not completed by April 18, Lowe's will *not* receive an additional extension of time to conduct additional discovery. A new hearing will be set for **APRIL 24, 2014, AT 11:00 A.M.** to set a new pretrial conference and trial date.

    **IT IS SO ORDERED.**

Dated: February 19, 2014.

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE