IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL PONTING and JUDY WONG,

    Plaintiffs,

  v.

LOWE'S HIW, INC.,

    Defendant.

No. C 12-06442 WHA

**REQUEST RE RULE 26 DISCLOSURES**

    Both sides are hereby requested to bring their Rule 26 initial disclosures and any other relevant documents to the April 24 hearing so that the Court can decide whether Lowe's objections to plaintiffs' pretrial disclosures have merit (Dkt. No. 32). Both sides should be prepared to discuss the merits of each objection.

    **IT IS SO ORDERED.**

Dated: March 6, 2014.

                                    WILLIAM ALSUP
                                    UNITED STATES DISTRICT JUDGE