IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL PONTING and JUDY WONG,

    Plaintiffs,

  v.

LOWE'S HIW, INC.,

    Defendant.

No. C 12-06442 WHA

**ORDER RE APRIL 24 HEARING**

    A scheduling conference is currently set for April 24, 2014, to determine new pre-trial conference and trial dates. Defendant Lowe's must file an update by **NOON ON WEDNESDAY, APRIL 23**, on what new facts it learned when conducting its recent discovery. Plaintiffs must respond, witness by witness, to Lowe's objections to their pre-trial disclosures by **NOON ON WEDNESDAY** as well (Dkt. No. 32). Both sides' responses to this order must be under oath.

    **IT IS SO ORDERED.**

Dated: April 21, 2014.

                                     WILLIAM ALSUP
                                     UNITED STATES DISTRICT JUDGE