1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL PONTING and JUDY WONG,

        Plaintiffs,

    v.

LOWE'S HIW, INC.,

        Defendant.

_____/

No. C 12-06442 WHA

**ORDER CONTINUING CASE
MANAGEMENT CONFERENCE**

    In light of plaintiffs' counsel's notice of unavailability, the case management conference currently set for April 24, 2014, will be continued to **MAY 22, 2014, AT 11:00 A.M.**

    A previous order requested that defendant Lowe's file an update on what new facts it learned when conducting its recent discovery and that plaintiffs file a response to each objection that Lowe's raised to their pretrial disclosures. Given the continuance, both sides may submit their responses to the order by **NOON ON MAY 13**. Both sides' responses must be under oath. In addition, both sides are requested to bring their Rule 26 disclosures and any other relevant documents to the May 22 hearing.

    **IT IS SO ORDERED.**

Dated:  April 21, 2014.

                              WILLIAM ALSUP
                              UNITED STATES DISTRICT JUDGE