United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL PONTING,

    Plaintiff,

  v.

LOWE'S HIW, INC.,

    Defendant.
                             /

No. C 12-06442 WHA

**ORDER RE MOTION TO CONTINUE TRIAL DATE**

      Before ruling on the pending request to continue the trial date, the Court wishes to know whether anyone has any legitimate reason not to go to trial on September 15. Both sides shall submit responses by **NOON ON THURSDAY, JUNE 5.** Counsel must check with all witnesses and other necessary parties before submitting their responses.

      **IT IS SO ORDERED.**

Dated: June 3, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE