IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL PONTING,

    Plaintiff,

v.

LOWE'S HIW, INC.,

    Defendant.

No. C 12-06442 WHA

**ORDER RE STIPULATION OF DISMISSAL**

    A stipulation of voluntary dismissal under Rule 41(a)(1)(A)(ii) does not require a Court order. **THE CLERK SHALL CLOSE THE FILE**.

    **IT IS SO ORDERED.**

Dated: July 23, 2014.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE